Deisy Larios
October 23, 2023

Dear Judge, Talwani

I am Jose Larios Jr.'s younger sister. Our parents immigrated in 1974, our father immigrated in 1973 & married in 1979. Our mother gave birth to José at 21 y/o and our father was 24 y/o. I was born about 8 years later in 1989. Unfortunately, they finalized their divorce in 1995. Jose and I did not have the perfect upbringing, we struggled emotionally and financially due to their divorce. Our father left us while Jose was in his teens and if my memory serves me right, I was about six, I don't have any memories before 6. I often recall my brother and I would hide in the closet that connected our room and theirs to hear them discussing a separation. As young as we were, we knew that separation was imminent. In my opinion our mother suffered the most. Our father left us with a mortgage, bills, and simply left my mother with two children alone to in-essence "figure it out." Our mother never filed for child support because she wanted to prove she did not need him; our mother is a warrior. Our mother has worked her tail off to provide a better life for Jose and me, and I thank her every time I can for the opportunity. Our mother is currently 64 and I am 34. I am aware of the severity of the accusations and what is at stake for Jose, and I struggle to wrap my head around what led him to make these decisions. After reading the docket and listening to the hearings via zoom I am in complete disbelief, night after night I have lost sleep. I often ask myself, what did I miss? Where did I fail? Did I miss the signs? Truthfully, this is completely out of his character, I am not pleading to you that he is a perfect person, because he is not. We often have not met eye to eye, but I know in my heart that he is not the monster he is portrayed to be. When I read the docket, I thought of a carless individual who had no regard for life, someone who was caulis and lived a life without faith or morals, but if I am being truthful, Jose is the opposite. The thought of you reading the description of Jose, my brother, through such documents repeatedly is disheartening. I sometimes try to internalize the influence of the government has an upper hand in deciding what his future may be and it is frightening. As a result, I am open to welcoming you into our day to day lives, we are a humble Mexican- American family. It might sound cliché, but we are here in search of our American dream. If only you had more time to really know what happened in Jose's life prior to this mess, prior to what I believe led him to become involved in circumstances that were completely out of his hands. I would like to share Jose's life story from my experience with him and my family. I spent the past few months "interviewing" family members and friends to gather information on Jose life events. I realize now that this is my last attempt and only shot to help my brother; the future of his life is on the line, and I hope that this letter will allow you to show some leniency with his sentencing.

My brother, Jose Larios Jr. was born in the year 1980 in the City of Los Angeles at the peak of gang-related violence with a record of +/-351 deaths. Jose Jr. was the first born of immigrant parents. We initially resided in a 500-sf single unit in the city of Los Angeles, in a rough urban neighborhood. In 1982, when he was around two years old, my brother was diagnosed with chronic asthma and severe allergies. Jose often had allergic reactions (body rashes, difficulty breathing, sneezing). He was admitted into the hospital for about four hours once every one to two weeks. Throughout most of his childhood, he was confined to the 500-sf apartment and was not allowed to play outside, run, or participate in any physical activities with his cousins to prevent asthma attacks. It was not until around age five that asthma attacks decreased in frequency. Out of fear of asthma and allergies returning, he remained restricted from eating or drinking anything that was cold, running, playing sports, pets, pollen, and remained indoors throughout the winter and spring seasons. Although Jose Jr. was raised in a humble home, with both parents working hard to financially provide and improve their quality of life.

Deisy Larios
October 18, 2023

As a young teenager Jose attended John Adams Middle School; he performed well academically. Jose's parents' work schedules changed (Father was a produce wholesaler and traveling musician & mother worked full time at a factory), so he reluctantly had to walk home from school within the crime ridden neighborhood. Living anywhere remotely to where gangs resided resulted in affiliation by the location of your address. Therefore, to protect themselves, Jose and his cousins often ran home to avoid being physically assaulted. Jose eventually experienced physical assaults by other boys in the area due to on-going gang affiliated violence. Going to school was dangerous, gangs, drugs, and violence on the streets of historical South-Central Los Angeles. Jose never involved himself with gangs, as his parents made sure of it by limiting any participation in extracurricular activities that would prevent him from immediately returning home after school. Jose's mother and father made certain that Jose only spent time with his cousins, limiting friendships outside of the family, ensured he always dressed properly, and forbid him to have a buzz cut hair.

In May of 1992, when the gang related death rate escalated to +/-803 deaths (http://www.publichealth.lacounty.gov/ivpp/injury_topics/GangAwarenessPrevention/Gang%20Homicide%20Chart%20Apr%2021%202011%20chart.pdf)  a close first cousin (15 y/o) of Jose, whom he shared a childhood upbringing with was murdered by gang affiliated members. Our cousin was wounded by gunfire a few houses from his home. Our cousin ran as far as he could back home but died at his doorsteps in the arms of his father. The violent murder was detrimental to Jose Jr. and the entire family. This was Jose's first experience of death and loss, at age 12. Although the family knew the neighborhood was not safe, they did not fully comprehend the severity of the dangers on their local streets until this tragic event. For the next few months, Jose Jr. and the entire family suffered harshly. After the passing of our cousin, our parents made certain that he, once again, had transportation to and from school. Jose had no choice but to remain indoors for his safety; much like his experience of remaining indoors during his early childhood years. Though, this time it was by the choice of Jose to isolate himself, as he was aware of what happened to his late cousin. Jose had learned that the world was not safe.

Our parents were concerned about the mental health of their children, so they made the decision to move the family to a safer neighborhood. Jose's parents took their life savings and purchased a home in the City of South Gate. However, our parents' relationship deteriorated during the move and our father separated from our mother – leaving her with the caregiving responsibilities of Jose and his myself (when I was 3 y/o), alongside a mortgage to now pay.

Three years later in 1995, when Jose was 15 years old, the divorce finalized. Jose was devastated by the divorce, as his family was now broken. Jose's household no longer included his father, who did not come around consistently after the divorce.

To support us and the mortgage, our mother had to take on another job, in addition to her full-time factory job, to afford all the bills. While Mom worked, our maternal great grandmother also moved into the house to help watch the children. Beginning at age 15, Jose would reach out to his father for work to earn income during his spare time. Jose would work alongside his father to financially help me and our mother.  Our father primarily worked selling produce (vegetables, fruits etc.) to grocery stores, restaurants, and other wholesalers in the City of Los Angeles. Jose would re-box the left-over produce, find an intersection and sell the left-over produce. Alongside the weekend work, Jose spent his summers near Sacramento helping on a relative's fruit ranch.

Deisy Larios
October 18, 2023

Despite the challenges at home and the loss of his cousin, Jose managed to continue to perform well academically. However, Jose's peer relationships in high school proved challenging due to the experience of school bullying. At around age 17, while attending South Gate High School, he was physically assaulted by his peers. Not soon after this incident, the group of boys returned to assault him again this time our mother could not locate her son for hours, as she did not hear from him until she received a phone call in the middle of the night with Jose in complete panic. At first our mother thought it was some sort of prank, but the group of boys continued to make threats and decided to taunt Jose's mother for hours. The boys threatened to continue to hurt him. Thankfully, the boys ended up freeing Jose. Our mother, alongside her brother, went to pick him up. Given the family's lack of confidence and fear of government officials, our mother was afraid to contact the police to file a report. The experience of being abused was horrifying for Jose Jr., so he kept himself at home for several months. For the third time in his life, once again, the world around him shut down.

He lost a significant amount of weight. He was distraught, as he spent nights awake crying. Jose has never openly spoken about his traumatic experience. This led to Jose to skip class and get expelled from school. Our parents sent Jose to a continuation school that allowed Jose an opportunity to catch up on academic credits and earn a high school diploma in 1998.

After High school, Jose worked several jobs, including an eyeglass manufacture Younger Optics (1998), a construction for Wadsworth Golf construction company (1996-1999), a Toyota manufacturing company (1998), as well as buying cars from auctions to repair and sell (2006-2008). By 2009, Jose saved enough money to purchase a tow truck and obtained a job as a subcontractor with Cherokee Recovery repossessing cars. Working as a repo man was the most dangerous job Jose took on. In 2010, while repossessing a car, the owner of the vehicle was enraged and pulled out a weapon on Jose. By this time Jose was a father of two, so he naturally grew frightened, and his workflow slowed down. Around 2012, Jose made the decision to sell his tow trucks and found a different profession. Around 2012, he was hired as a truck driver for Haute Look, a division of Nordstrom, which Jose would drive between California and Nevada. With the sale of the tow trucks and his new job, Jose purchased a 23-foot bobtail truck and started a small trucking company JD's Transport, LLC in 2013. For five years from 2013 through 2018, business went well, but the business started to slow in 2019 and 2020 and Jose and his family struggled financially.

In 2003, Jose obtained an associate degree in aviation maintenance from Orange Coast College. Within that same year at age 23, Jose met his now wife at a night club in Cudahy, California. Jose and his wife spent their first year getting to know one another, quickly realizing that they had so much in common. Both Jose and his wife were raised by single mothers and in dangerous neighborhoods, but both managed to graduate high school, attended college and worked hard to financially provide for their families. Since 2003, Jose's wife has maintained full-time employment within the trucking business. In 2004 Jose and his wife decided to move in together and their first son (18 y/o) was born in 2005. Four years later in 2009, their second son (14 y/o) was born, and their long-desired baby girl (2 y/o) was born on July 28, 2021. Jose is a great father who has played an especially important role in their kids' lives. Jose has always been fully committed to ensuring his children visit doctors, attend school, and create opportunities for his sons to participate in sports. He never missed any school activities, ceremonies, or after-school activities. Jose took on the responsibility of dropping off and picking up both of his sons from school. Jose had a flexible schedule, as he had been self-employed since 2013, which allowed him to be extremely involved in his children's lives and his children love him dearly. Since Jose's daughter was born in 2021, shortly after his arrest, she has not yet met her father. It is a certainty that she would love

Deisy Larios
October 18, 2023

her father just as much as her brothers, if only if Jose were able to be active in her life. Two months after Jose's arrest, his daughter was born. Jose is a very responsible father, a provider and extremely hardworking person. He is committed to his partnership with wife and would never choose to abandon his family.

Jose has always persisted through his experience of tough times, though during the Fall of 2018 around age 38 Jose started acting differently. It was around this time that Jose drank more heavily at family celebrations, which he did not normally do. A few months later in March 2019, following the death of his brother-in law, Jose's alcohol use grew more frequent and concerning. Like Jose, his brother-in-law was brutally abused and held hostage, though sorrowfully did not survive. Upon receiving news of the abduction, Jose had promised his wife that he would do what he could to get him back home alive. Jose experienced overwhelming guilt surrounding the fact that he was not able to help his wife's brother, leading to overwhelming feelings that he failed his family. The passing of his brother-in-law was when Jose truly broke down and stopped functioning, as the heavy alcohol use also led to substance use. Although his wife did not blame Jose for the death of her brother, Jose would continue to blame himself for not being able to save his life. Due to Jose's substance use, his relationship with his wife began to deteriorate. From 2018 through 2019, the entire family noticed Jose was different, but no one could figure out what was wrong with him. The years 2018 and 2019 were difficult for Jose. I do not have an inclusive amount of detail because during this time the relationship between Jose and I became estranged. I recall we often fought, and most of the time he was inebriated. *(This is when I discovered that he was drinking heavily and using cocaine. What I do know is that during this time Jose realized that his taxing consultant had made a multitude of errors over several years, he was in debt. Jose struggled to make enough money to pay his family's bills, the bare necessities. Aside from that, one of his truck drivers was in an accident and Jose felt pressured into paying for the employee's expenses, around this time he had lost the entirety of his trucking business resulting in credit card debt. Jose's downfall was the death of his brother-in-law. I am aware of these circumstances due to random interactions with him, he would occasionally meet me for lunch, dinner, or visit.)*

Out of deep concern, Jose's wife would question Jose about his substance use, followed by intermittent periods of sobriety, but he would eventually find himself returning to the substances. During the COVID pandemic, alongside the lock downs, his wife regained hope that the time spent at home would help him stop drinking. Though, the forced isolation only made things worse. Jose would return home in the middle of the night, would oversleep or not at all, and was often found with a whisky bottle next to his bed, and bloody toilet paper in a bedside trash bin that Jose would also use to vomit in. His wife grew afraid of leaving Jose home alone sick, so she continued to offer her help, but Jose repeatedly refused her support. Jose would try to ease his wife's concerns by claiming he had control of his substance use, and stated promises that he would stop the substances for good. For months, his wife was unaware of the depths of Jose's substance use, despite his severe mood swings, sleep disturbances and nose bleeds. By the end of 2018 Jose was acting completely erratic, he often arrived home in a different state of mind, often talking and laughing out loud to himself. On one occasion, his wife called a priest to pray for him because she thought he was possessed. A priest from a religion that he was involved with visited their home and tried to assist. I am unaware of what took place because my family and I are catholic, and I do not know how their cleanses work. Jose was practicing Santeria, to provide relevance I reached out to his wife and the priest who performed the cleanse.

Between the timeframe of 2017 to 2018, Jose realized that his tax agent made several filing mistakes

Deisy Larios
October 18, 2023

and ultimately, he realized that he owed thousands of dollars in taxes, of which he still owes to date, that led to overwhelming credit card debt. Around the same time, business in general began to slow down and one of his employees had an accident while driving and began to threaten to sue Jose for medical costs. The debt and pressure led to the closure of JD transportation. Instead, Jose rented his trailer and truck to other colleges and made a minimal amount of money; he could not financially contribute to household expenses. Throughout 2018-2019, Jose experienced the most challenging financial years, amongst all the other burdens he had endured throughout his life.

*By 2020- 2021 my interactions with Jose were extremely limited due to covid. I took covid very seriously and spent most of the time isolated to protect our mother. The most interaction I had with Jose was during my wedding in January 2020 in the Dominican Republic. During my wedding Jose seemed "normal," but towards the end once again he was erratic. There was a verbal altercation between my partner and my brother, which led to him lashing out at my mother. The argument he had with my mother had no relevance to the initial issue. Jose argued with my mother about abandonment and feeling unheard. He presented extremely paranoid, acted erratic, and full of mistrust. I recall he arrived with a thick necklace with many colored beads, which now I understand was a talisman or amulet for protection given to him from his Santeria priest. Internally, I questioned why he needed protection when everyone in attendance was friends and family. By the end of the argument, I realized he was once again inebriated. After the wedding, I did not see much of Jose.*

Unfortunately, because Jose did not have the opportunity to continue with his college education in effort to help his mother with the financial burden; therefore, he emphasized the importance of education upon his children and provided support by being active and present for them. The "proof Is in the pudding", his sons have an outstanding academic record. Jose's eldest son, from an early age, has been a bright and curious boy. His eldest often challenged Jose with questions, and at times, Jose had no answers for him because of how knowledgeable he was. His eldest was valedictorian when he cumulated from middle school. His eldest attended Paramount High School.  His eldest has a superb track record in track and field running, was captain for track and field and cross country, was league champion senior year, won most valuable runner senior year, was a part of the California Scholarship Federation (CSF) club, was nominated for prom king, maintained above 4.0 GPA throughout high school and graduated with honors with a 4.3 GPA. To current date, his eldest was accepted to the University of California in San Deigo with a major in Neuroscience. He moved into the dorms on September 22, 2023; it is the beginning of living a life that Jose has always dreamed of for his children. Although Jose was detained, has continued to influence his kids to move forward and accomplish their dreams. His middle child, although only 14 years old, is also on a bright path. He is currently a part of the California Junior Scholarship Federation, is in an accelerated math program, and attends accelerated math courses during summer breaks. He created a new strategy for math and his strategy is now being used to be taught to other students throughout his school. He is on the path to being nominated for valedictorian like his bother by the time he finishes middle school. For years, Jose has always wanted to have a daughter; God blessed him and his wife with their only daughter. Aside from the distress of his arrest, the ultimate heartbreak for Jose is not being present for the birth of his first daughter, and most importantly he has not had the opportunity to meet her. His daughter is currently two years old and only had the capacity to know her father via a telephone call or a quick facetime call.

Deisy Larios
October 18, 2023

Jose's daily presence and influence is key to the success of his children, especially for the middle child who is around the same age as when his father's family was separated. Jose experienced a stable family and then lost that united family around 11-12; it was an enormous loss for Jose Jr. Particularly the timing of the divorce of his parents, being soon after the murder of his close first cousin, Jose naturally grew disconnected from others and was forced to learn to cope all alone for most of his life. Not only did Jose learn that the world is full of dangers, but he also learned that he could not consistently depend on others. Jose's driving force in life has been being the one other could depend on, particularly for his wife and children. Considering Jose's substance use, as a form of coping with unresolved grief, unprocessed traumas that were re-triggered, and mounting financial stressors, he was not in the right mindset leading into the COVID pandemic. During the two years before his arrest, he grew distant from almost everyone, and again found himself forced to cope with his troubles in isolation. Jose was highly defensive throughout these times, though others were keenly aware that he was in a vulnerable state, so no one had the courage to confront him. Regrettably, the family could have done more to intervene, but we are here praying, daily, your honor can understand Jose Jr. Larios as a human being who was deeply overwhelmed in need of a higher level of care and treatment – which he will not likely be able to access if incarcerated long-term.

Honorable Judge Talwani, I would like to thank you in advance for your time and for all that you do for our court system and country. I don't ask for sympathy, I am aware that what he is being accused of is severe, what I am asking is for a small amount of empathy. I pray that you can find a place in your heart to show some leniency and give him a fair sentence. I hope that my letter gives you an insight into what my brother means to me, I love him dearly. In the absence of my father, Jose became a father figure for me. He has always been there for me and pushed me to be a better woman. We both are loving and hard workers. As I wrote this letter, I realized that my brother has a lot of hardships that have impacted him and could possibly have had an impact on what led him to be in this position today. However, he is not the only person who is impacted by this situation, this situation has created a domino effect amongst his family. Every single day we all carry a heavy heart, in particular his children. His children need him. To be truthful, my biggest fear is the thought of my mother never being able to spend time with him again because of her age. I am afraid he will be in prison and our mother or father will pass. I personally know she currently lives in agony; she misses and worries for her son daily. I know if you give him the opportunity to prove to you, our government, and his family that he can be an honorable man. What has occurred, the mistake of getting involved due to poor decision making during the most difficult time of his life should not reflect Jose's character. I believe he made poor decisions due to desperation, drugs, and alcohol; it depleted his ability to make decisions. I ask for forgiveness, patience, and faith as we are all human and make mistakes, some more terrible than others, but it's in our nature. We are not perfect, but we wish we were.  Jose's future is in the hands of the court, and I have faith that you and the court system will provide a sentence that is fair to everyone.


--Thank you once again for your time.

Sincerely,

Deisy Larios