October 22,2023

Judge Talwani,

      I am Jose Larios Mother; Jose is my first born. There is a distinct love to your first born. It's a different kind of love that you embrace. All of the first-time experienced moments like the first laugh, the first words, the first time he walked, and I can go on. It's an unimaginable number of beautiful moments that I will forever cherish. When the news of my son's arrest in his home while his wife and children were present was delivered to me, I instantly experienced the worst pain I have ever felt deep into my chest. I was extremely confused and could not comprehend why he was arrested. Jose is an extremely hard worker, from what I know, my son had a business that he worked hard to put together. It wasn't an elaborate business, but he got by and supported his wife and children. Both Jose and his wife work regular 9-5 jobs and worked as a team to ensure that their family could prosper. As his Mother I have always encouraged my children to work hard, being a hard worker and being a level-minded person will allow you to succeed in life. I am a divorcee and raised both of my children primarily alone, and I worked endlessly to provide a better life for my children. Even though I raised them alone, I never gave up. I worked multiple jobs around the clock and with the help of my family we got through life. I always pushed the importance of getting an education. I wanted my children to obtain an education that I never received as a child. Jose was never a bad kid; he has always excelled at school. My son is not a bad man, he has never been a bad man. Jose is a family man; he has three children who need him. Jose is always involved in my grandchildren's school activities. I often received photos of phone calls of ceremonies or awards and track meet videos of my eldest grandsons' competitions. Growing up, I often was working I could not attend all the school activities and I believe that is why Jose made his children's school activities a priority. I feel great sadness for his children, for the past 2 years they have not had their father attend their school activities. The eldest graduated high school and is now at university and I know it was difficult for him not to have his father.

      I had Jose when I was 21 years old.  I was young, and I suffered. Very soon after he was born, I realized that something was not okay with him. He was diagnosed with severe asthma attacks, I spent so much time in the hospitals, days – weeks turned into months. The doctors provided so much medication for many years and I saw how the medications affected him. My Mother encouraged me to give him home made remedies to wean him off the extensive number of medical drugs. I listened to my mother's guidance and slowly titrated him off the medication and after many years he began to get better. When he began attending school, he occasionally would get sick, and the school was supposed to ensure that he got his medication but failed to give it to him. I would often have to rush to school to give him his medication or bring him home. I often still worry about him; he is known to have a horrible cough or be congested and when he arrived at the jail, he told me he didn't feel well. I immediately worried that his asthma symptoms may have returned. He has health issues; I have always known that, and it is a deep concern aside from his safety. From a young age my son has always cared to help me and his younger sister.

      As a single parent, the moment Jose could physically work he did. He helped me with whatever he could. He often went to work with his father and his uncles. During school breaks he went up north to my sister's house. My sister lived in an orchard where they picked apples, peaches, raspberries, and many more different fruits. He worked in their fields and picked fruit all summer and at the end of the school break he would return home. He saved most of the money and would help with the bills around

October 22,2023

the house. I was always very grateful for that. Jose was aware of how difficult it was for me to provide the basic needs like clothes, food, school supplies etc. But we worked together. I never asked him to work but he made that decision for himself, he is selfless.

I believe his childhood experience molded Jose into being an exceptional father. When he heard the news that he was going to be a father he was elated. From that point on his focus was to be a provider for his family. He has worked many jobs, and most of those jobs were tough jobs. He has overcome many hurdles, but after each hurdle he has shown growth. Jose has worked tirelessly to provide for his family his entire life and I don't understand how he is this position now. I hope that with the little that I am sharing you can understand who Jose is.

Jose is a father of 3. I know his two eldest children are suffering from the absence of his father. They are the ones most impacted by this tragedy. To this day, he has not met his youngest. Joses youngest was born about 2 months after his arrest. This breaks my heart. Everyone in our family knows that Jose is a wonderful father and the thought of knowing that he might never be able to enjoy all the milestone moments of his first daughter's life is devastating. I would love for his daughter to meet his father and to get to enjoy his father. It would be terrible if Jose met his daughter in her late teens or in her twenties. I ask you judge to please take his into consideration when making the decision. I ask you judge to please take a dive into my son's true character and give him an opportunity.

To this day, everything feels like a terrible nightmare. I am in disbelief. I speak and understand very little English so my daughter typically translates to the best of her ability, and I cannot believe what Jose is being accused of. I ask you as a mother to please give my son a fair sentence and show him some grace. I pray to God that he hears my prayers day in and day out and that he gives you the ability to truly see what a good man his is and that he made a horrible mistake. I don't know if you are a mother but as a mother, I ask you to take the time to truly see who my son is. I am going to be 65 years old; I only wish to spend a little more time with him, I hope that I get to see him at home with me. I am an elderly woman and I beg you to please give him a fair sentencing, please don't take me from my first-born son. I cannot begin to explain how hard I have worked so that my children could have a good life and not be bad people in this world. I know you are a busy woman and have many duties, but I plead with you to read this letter and know that I worried and hurt mother is pouring her heart, soul and is begging for a fair sentence. Please give him and his family to be together once more.

Thank you for your time.

Josefina Pacheco