Jose M. Larios
9940 Bellder Dr.
Downey, CA
(213) 247-1138
90240

September 29, 2023

Dear Honorable Judge,

My name is Jose M. Larios Larios, the father of Jose Junior Larios. I want to share a summary of my son Jose's life with you. When he was born, everything seemed normal and healthy. However, at the age of 3 or 4, he began to experience health problems. Initially, he suffered from allergies and asthma, which led us to visit the emergency room 2 or 3 times a month as he had asthma attacks that required oxygen. Additionally, he couldn't play on carpets or in the dirt as he would break out in hives all over his body. At times, his eyes were affected, making it difficult for him to see. Doctors told us that this situation could last until he was 8 or 9, or even his entire life. Fortunately, over time, the asthma and allergies significantly improved, although he still remains somewhat sensitive to colds due to his difficult childhood.

During the first 15 years of his life, I was close to him, but then I divorced his mother, and I made the decision to let him grow up with his sister Deisy and their mother. However, I tried to always be there for him, providing him with financial support. After our divorce, he seemed to be doing okay. As he was growing up, he would sometimes stay with me and help me with my work in buying and selling vegetables, a physically demanding job. He always had a positive and hardworking attitude.

As time passed, he started his own family, being a devoted father to his children. I admired how much time and love he dedicated to his kids, getting involved in their school and sports activities. Even though I had a new family, he always stayed in touch with me, calling me almost every day to check on how I was and how my day had been. He also used to visit us on Sundays, initiating barbecues and spending quality family time together. I miss those moments, his contagious laughter, and the hugs we shared.

Junior is a great son, a loving father, and an exceptional brother. At my age of 67, I hope to live long enough to see him out of this challenging situation and with his family once again. I appreciate your consideration and understanding, and I am confident that your decision will be guided by justice and the love we share as a family.

Sincerely,
Jose M. Larios

*[signature]*