To Whom this may concern.

My name is Ricardo Larios I've known Jose Larios all my life, he is my first cousin from my father side of the family. Jose is also my third born child Godfather, he's like a brother to me, we grew up together as kids. We share so many childhood memories together, so could say we know each other pretty good. Jose has always been a good person in life and a wonderful father to his kids and great husband to his wife. Always doing family activities together. He's also a really loving respectful person, not only with his family but to all of his friends.

Jose and I, attended College together in the early 2000's to ORANGE COAST COLLEGE in Costa Mesa Ca. To pursue a Career in AVIATION MENTANANCE, but due to family responsibility's Jose decided to pause school and return to work to his father's Produce Business. But that's how Jose has always been, putting his family first, that's what a caring person will do to provide for his family. There're no words how to describe what a good soul Jose has. In many occasions he would will call and ask to see if his goddaughter "my daughter" would need anything for her new school year, and also on a the daily basis. I am very thankful to have Jose in our life's. GOD BLESS HIM

If you have any questions or concerns, please feel free contact me at anytime. My cell phone Is ▇▇▇▇▇▇▇▇ and personal Email is ▇▇▇▇▇▇▇▇

Scanned with CamScanner