Dear Judge Talwani,

My name is Leticia Velasquez and Jose is my beloved husband/partner. We met 20 years ago at a night club in Cudahy, CA. Jose is my best friend, mentor and the most wonderful father I could have wanted for my two sons I▓▓ & J▓▓ and of course for my daughter ▓▓ whom Jose has never met. When I found out that he broke the law, I was disappointed and dismayed. Wishing it was just a nightmare. Please accept this letter as my way to put Jose's mistake in the broader context of our life together.

At the night club I first noticed Jose was very shy, but confident and a playful attitude. Jose met my mom on our first date and immediately demonstrated his gentleness and respect. He approached my mom with some flowers and me with chocolates. We had a lot in common; we both were raised by single Mother's raised in dangerous neighborhoods, attended high school and some college. When I've asked Jose his thoughts of having a family he said I would never leave my family especially my kids, family is everything. From that date on I wanted to spend the rest of my life with him.

Jose and I have two young boys and a daughter who are healthy and happy. Jose always makes our family his first priority. He does not miss any of our boy's sport practice, school meetings or doctor's appointments. Jose is a great father who has played a major role in his kid's life. I▓▓ & J▓▓ have developed great communication with their dad (Jose) and have always looked up to him. Even without their father being home with them they still cherish every second they get to talk. Jose has always been there for our kid's. For example, if both J▓▓ and I▓▓ had a bad day he'd take time to comfort and made sure they knew everything was going to be okay.

Ever since Jose has been gone it strongly impacted my youngest son J▓▓. Jose and J▓▓ were always together and had such a special bond. Their love for each is infinite; J▓▓ has always looked up to his dad. Every day after school they would both come home with a huge smile on their faces. They're like best friends who can't spend a second apart from each other. Although they can't spend every day together it didn't stop Julian from continuing to be successful in his academic work. He is a straight A student with highest honors, also containing a 4.0 GPA. It would be his dream to see his father come home.

It also impacted my oldest son I▓▓ because he didn't have his father when he really needed him the most. As he was ending his sophomore year in high school this horrible event struck. It was around 6 am when I▓▓ got onto his younger brothers bed protecting him from everything that was going on. Jose had always taught him to protect his family and I▓▓'s first instinct was to protect J▓▓. At around 6:30-7 am the cops had finally entered the room with guns pointed at their heads noticing Ivan not letting Julian be seen. After this traumatic event occurred I▓▓ didn't let it stop him from being a 4.0 un-weighted GPA and a 4.3 weighted GPA student whom would then graduate with high honors. I▓▓ matured off of this and became the man he needed to be. He broke records in Track & Field and led Paramount High to their first C.I.F Championship.

Now he has earned a scholarship to UC San Diego. ▇ & J▇ really missed their father and pray every day to have him home. As for ▇ our daughter she was born July 28, 2021 couple months after her father's arrest she didn't get the opportunity to meet her father, but I can assured you that she would love her father as much as her brothers if only Jose were able to be active in her life. ▇ is a blessing in our lives; she is the daughter that Jose wished for.

As for myself I am still trying to cope with this life situation being left as the only provider for the family, caregiver and having to work a full time job, it's been very hard. My mom had to move in to help me take care of my daughter ▇, while I work .I was left with major credit card debts, rent, bills, and etc. I haven't had the time to sit and think of myself and how this situation has affected me personally, having to deal with the above responsibilities keeps me busy that I only have time to think of my kids and if tomorrow my kids will have food in the table.  After Jose arrest months after my daughter was born, a week after I was hospitalized for heavy bleeding went through surgery and release a week after. Doctors couldn't determine the cause. But I was afraid of losing my life and leaving my kids alone. Thankfully god heard my prayers and I'm still here.

Jose had his struggles with alcohol and drugs due to hard times in life, lack of work, business not doing well and credit card debts. March 2019 my brother's life was taken he was a victim of Mexico's violence. July 2019 a very good friend of Jose and myself passed away she was our marriage counselor our go to for advice. The passing of our beloved ones had a huge impact in Jose's life that led to heavily drinking and other drug substance abused. There was times when Jose would have whiskey bottles right next to the bed, nose bleed toilet paper along with a trash can that Jose will used to vomit. I would toss the whiskey away in our kitchens sink when Jose would fall asleep. It was becoming an everyday struggle that was causing our relationship problems. During COVID pandemic , alongside with the lock down I had hope that time spent at home would help him stop the drinking and substance abused, but it only made it worse, Jose manage to leave home to work and retuned in the middle of the night or next day in the morning. Jose always refused to get help, he said he had controlled, not realizing that the alcohol and drug abused was consuming him. Now that Jose is incarcerated, he has joined programs that will help him overcome his addiction.

We have struggle in life as any other families, but managed to stay together and work as a family. he has taught our kids to help those in need, for example I remember one time in which it was really cold and we saw a homeless person outside a church sleeping with no blanket, so Jose asked my youngest son J▇ what can we do to help this man? my son response, dad I have a blanket can I give it to him, so he won't be cold anymore, Jose told my son yes, you have a home to go to and a bed to sleep, this man doesn't, so please help him and god will bless you always.

It is my sincere hope that your honor takes this letter into consideration at the time of sentencing, Jose made a serious mistake and he knows it. Our family is going a process of self examination and contrition together. Jose is a loving father and husband and is showing everyone how to accept and learn from mistakes and use life experience to be service to others. Please give him the opportunity to prove to you, our government and his family that he can be an honorable man.

Thank you,
Leticia Velasquez