Judge Talwani,

My name is Deisy Larios. I want to thank you in advance on behalf of my entire family for taking the time to read all the letters that our family has provided.

Jose Larios is my older brother, whom is 8 years older. Our parents divorced when he was roughly 14 years old. As far as I can sincerely recall, Jose has always been there for me as a father figure and for my mother the backbone of the home. While my mother worked two job, he took on the role of the "man of the house," and took care of our home. From taking care of the yard work to preparing my lunch for school, as our mother was at one of her two jobs. My brother has been selfless his entire life; he has always looked out for others best interest. For example, we share an aunt, whom at an early age was diagnosed with a brain tumor, and post-surgery Jose and I took turns and visited nearly every afternoon to help her eat, change her clothes, and help her with physical exercises. My brother would buy her bubbalicous (she preferred the original flavor) for her to chew to regain strength and movement in her jaw, as the tumor left half of her body paralyzed. Jose has always been supportive of anyone who is in need. On another occasion one year, we both saved all of our spare change the entire year and purchased back to school supplies from various stores around our neighborhood during the clearance sales. We planned to take the school supplies to nearby small town in my mother's homeland in Mexico. That year we did not pack many clothes, instead we packed as many notebook, pencils and colors for the children in the town. The night we dispersed the school supplies to the children, we could not help but to feel a rush of emotions. We did not know whether to cry or smile, every single child there in the middle of the town embraced us and were so thankful for our gesture but to be honest we were both thankful to simply share that particular moment with them.

 As he applied his focus on his education, he also managed to focus on being a supportive young man. He finished high school and attended college to study and later become an aviation technician. Throughout most of my education and my career, my brother has always encouraged me to strive for my dreams and attend to my education. As I grew older, I realized that his words and guidance ensured that I would remain focused and become whom I am today. I personally have him to thank for the perseverance he has instilled in me to achieve my goals. To have had him as a role model, as a brother and as a father figure I feel truly blessed.

As an adult, I cannot help but admire the man he became. In particular, Jose is an amazing father. Jose took his children to school in the morning and picked them up after school. He attended all school-related activities from awards to picnics and sports. Jose has two resilient children; one is 11, the other is 16, with one more on the way. My sister in law, Leticia, is due within the new few weeks with their first daughter, ▇▇▇▇▇▇. I am aware of the current issues at hand, and I am aware of the severity of the issues. Nevertheless, I also hope that with the letters you are reading today, about Jose Larios, you are able to see the other side of who my truly brother is. Jose is a decent and hardworking man who from a young age worked hard to make a living. He has work a variety of jobs throughout his life from selling tomatoes on a corner in down town Los Angeles, golf course landscaping, repo, to owning his own company. This man, Jose Larios, is a humble human who is undoubtedly deserving of the opportunity to fight this case at home alongside his growing family. As his sister, I ask you to please consider to give him the chance to show you and the courts who he truly is.

Sincerely, Deisy Larios