To whom this may concern,

My name is Angel Velasquez and I've known Jose for 20 years now. When I was growing up, I was extremely fortunate to have my dad and Jose as secondary father figures. In my early childhood (5 years old), I always wanted to be with him. Since Jose's family resides in California while my family lives in Arizona, I was always ecstatic when they visited our house. We loved eating Chinese food or ice cream together when I was a kid because my brother and sister would join us. During that time, he had no children, so he thought of us as his children. We had many adventures with him. There was never a dull moment when we were around him. Sometimes I would get my dad jealous because I would want to hang out more with Jose than with him. As the years passed, Jose had two boys, but this did not stop him from loving my siblings and me. I can't speak for my siblings, but I can assure you that he always treated me the same way he treated his kids. When we would travel to California, he would take all of us to see different places or even just to dinner.

 One particular memory experience with Jose was a summer he took us to Knotts Berry Farm. I had never been there, and I mentioned it to my mom and Jose overheard so he took it upon his hands to make it happen. It was an amazing experience.

The next chapter in my life where Jose has made a big impact is he taught me to become the father I am. My dad is a great role model, but I have always looked up to Jose as a father. He is very different from my dad and that is the reason I said I would raise my children as he raised his. After having my second son I knew I wanted him to be my child's godfather. He shared the love he has for me and my kids because he has such a big heart. He doesn't only love his godson, but he protects and cherishes all three of them. My children have learned to love Jose the way I love him. I learned a lot from him as a toddler, teenager, and now a father. Multiple laughs and tears throughout the years, but thanks to him

and my father I became the father and husband I am today. I am very thankful he is a big part of my life.

It is an honor to say he is not only my cousin but a very wise mentor.

If you have questions or concerns, please feel free to contact me at any time. My cell phone number is

4▇▇▇▇▇▇▇▇ and email is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇