September 26, 2023

To whom it may concern,

My Name is Cristina Jimenez.  I am writing this letter to detail a few words for Jose Larios.  Jose is my husband's cousin and I have known him for 13 years now.  Ever since I met Jose, he has always been kind, caring, and a fun-loving person to be around.  Most importantly, Jose has always proved to be a great father and partner to Leticia.  He is always one ready to crack a joke and do his best so that everyone around him feels welcomed and part of the group.

As I became a new member of the Larios family in 2010, Jose never once made me feel like an outsider.  He would talk to me like he had known me for a long time.  As years passed, our bond grew closer and our families created many memories together.  We've spent Thanksgiving together filled with lots of laughter as we fried turkeys together! We have spent Christmas holidays together dressed in Christmas pajamas while exchanging Secret Santa presents.

During all of our gatherings, Jose and my husband along with other family members would always talk about their childhood.  They always had the best stories and an infinite number of memories; they really are never-ending.  It was always so nice to hear that they grew up very close and that even at the adult stage, they remained close like brothers.

Jose has always been a phone call away and ready to lend a hand or an ear.  He truly cares about his family like no other.  On my husband's and I's wedding day, I did not have a ride to the chapel.  Jose went out of his way to pick me up along with Leticia to take me.  It is little things like those that make Jose a special person.  He does things without expecting anything in return.

Last but certainly not least, Jose is an amazing father.  He has always been a very involved father in his kids' lives.  I have single handedly witnessed the patience, love, and support that he gives his children. He has always tried his best to raise respectful and responsible children.

I have been blessed to have met and created a strong relationship with Jose and his family.  I am thankful for the wonderful memories we created.  Should you have any questions, feel free to contact me at ███████████ or ██████████████████

Sincerely,

Cristina Jimenez