October 1, 2023

To whom this may concern,

It is an honor to write this letter on behalf of Jose Larios.  My name is David Larios and I am Jose's cousin.  Being roughly 4 years apart, we grew up together.  We created an infinite number of memories together. Jose was always a role model for my brothers and the rest of my cousins.  He was always very respectful, loving, and bright.  He never treated anyone wrong.

As we grew older, he formed a family with Leticia.  Their first son, ▮▮▮, was born a month after my first son, ▮▮▮▮▮▮.  H▮▮▮▮'s mom's and I did not work out and separated. I recall many moments in which I was sad, confused, and needed guidance on how to navigate being a single dad.  As Jose has always been a great father to his children,  I would look up to him for guidance on what to do to be able to see my son.  Jose would give me the advice I needed to gather courage to fight for visitation for my son. Jose was always there to listen to me and was always very empathetic.  I will forever be thankful for his words of wisdom and for always being there to listen.

Jose has always been a very involved parent, helping with pick-ups and drop-offs from school.  He has always instilled in his children the importance of doing good in school and continuing their education.  The Larios family has been known to primarily have boys.  Girls were not very common in the family.  Jose and I had boys only up until 2 years ago when Leticia became pregnant with a baby girl.  This was the most wonderful news for Jose.  He always wanted a daughter.  I was so ecstatic to know that his dream was coming true.

Jose has always been a caring person.  He never wants anyone to feel left out.  He goes out of his way for his loved ones, even strangers.  On many occasions, I witnessed him helping the homeless by buying them food.  Jose is also very resilient.  I remember when he was in his early 20's, he was involved in a car accident.  He was in critical condition and the family was devastated. When I heard the news of his accident, my heart was shattered.  My brother, because that is what he is to me, was in a critical state.  Jose was a fighter though.  He did not give up and fought hard to survive.

Jose played a very important role on the day of my wedding to my wife.  He and Leticia took my wife to the chapel since she did not have a ride.  He was one of our witnesses.  He took us to the park where we took our wedding photos.  Jose was very present on our special day.  Not even my brothers showed up to the chapel and park photos, but Jose did. That is the type of person that he is.  He shows up for his loved ones.  He cares.  He lives to create memories with his family.  He is extremely family oriented.

I pray that we get to have Jose back in our family gatherings.  He is dearly missed, and life is just not the same without my brother.  I think about him all the time and wish to see him soon to continue creating memories together.  I pray that he reunites with his family soon and being able to watch his baby girl grow.

Feel free to call or email me should you have any questions or concerns.

Sincerely,

David Larios
323-774-2917
▮▮▮▮▮▮▮▮▮▮▮▮▮