To whom this may concern,

My name is Denisse Quintero Acosta and I've known Jose for 8 years now. He is my second-born child's godfather. He has always been such a wonderful individual to my family and me. Over the years we have shared a lot of memorable memories and experiences. Being very noble and responsible led me to admire him and I can say he is a remarkable role model. Not only as a person but as a father and husband. His wife and children are very lucky to have him by their side. I would always see how much he loved and cared for his boys and wife. His personality and ways of being led me to choose him as my son's godfather. He doesn't only protect and cherish my son but, he sees him as his own son. He reaches out to him and assures him he's doing well in school and doesn't need anything. Unfortunately, we do live in another state but that has never stopped Jose from loving and caring for my son. My son knows as well as I that he is just a phone call away. He only baptized one of my 3 children, but my other 2 kids adore him so much. He has never treated my other 2 kids any differently. There are no words to explain how magnificent of a soul Jose is. I am very thankful to have him in our lives.

Three years ago, we had a particularly memorable experience with Jose. He reached out to my husband and me, that he wanted us to travel to California to spend Easter with his family. Despite the distance, he was ready to welcome us into his home, as he was full of love and very warm. We attended a pirate show and had an amazing time. My kids enjoyed the show but overall were thrilled to be with their Tio Nino.

If you have questions or concerns, please feel free to contact me at any time. My cell phone number is 4▇▇▇▇▇▇ and my email address is ▇▇▇▇▇▇▇▇▇▇