Jasmine L. Rodriguez
5926 Ohio Ave
JBLM, WA 98433
September 29, 2023

Dear Honorable Judge,

I hope this letter finds you well. I am writing to offer my heartfelt character reference for my half brother, Jose Junior Larios who I will be referring to as Junior, who is currently before the court. Despite the significant age difference between us, with him being 20 years older than myself, our relationship has always been exceptional, and I believe that my perspective as his youngest sister may shed valuable light on his character.

As I grew up, Junior continued to be a constant presence in my life. He was never too busy to spend time with me and our family. Most, if not every Sunday, was reserved for gatherings at my parents' house. Even when I had moved out and couldn't always attend these gatherings, Junior would go out of his way to ensure I felt included. He knew my favorite dish was short ribs, and he would send me messages persuading me to join, often bringing my favorite meal to entice me.

What truly sets Junior apart is his attention to the little things. He noticed and cared about the details that matter most in our family. He took an active role in planning our vacations, ensuring that we all went together and organizing activities that brought us closer. Junior's commitment to family time has always been unwavering, and it's something I now deeply miss.

His dedication to our family is not just a statement; it's a way of life. Junior always prioritized family above all else, and this commitment is evident in the deep bond and cherished memories he has created for all of us.

I firmly believe that my brother's positive qualities and his unwavering commitment to family make him an invaluable asset to society. I kindly request that you take into account these aspects of his character when considering his case.

Should you require any further information or have questions, please feel free to contact me at ███████████ or █████████████

Thank you for your time and consideration.

Sincerely,
Jasmine L Rodriguez