My name is Roxana Garcia and I've known Jose Larios For 15 years now. he is The Godfather to my daughter and I chose him because he is a great friend and a good role model and family man. His family means the world to him and since I've known him he has always been there when someone needs him. He once helped my sister when she needed someone to believe in her and she lived with him to finish high school and she graduated. He would give her rides to school and pick her up. He's the best dad to his kids. He is a very noble person. Thank you for you time if you have any questions concerns feel free to contact me to ▮▮▮▮▮▮ & also my email ▮▮▮▮▮▮