To whom it may concern,

My name is Virginia Garcia and I've known Jose for more than a decade. I met him through my cousin, his wife. I lived with him and his family for quite a while. The reason why I move to their home in California was because my family and I had move to Nevada it was a drastic changed for me I couldn't adapt to the new changed I kept missing school until one day I was talking to my cousin and her husband telling them how hard it was for me to adapt, so Jose offered me his home to finish high school he encouraged me and advice to stay in school. I brought it up to my parents and they agreed to me moving back to California. I move in with jose and his family since it was for the best. I really wanted to graduate and I did. he also offered for me to stay and finish college there but, I said no because I missed being with my family but not a day goes by that I think about everything he did for me  he always encouraged me to stay in school and graduate to be someone in life.  Currently a CNA. I am so thankful to have him as a friend also like a father figure he opened his doors to me when I needed it the most thanks to him I was able to graduate. I saw how he was with his kids and he treated me like one of them. Jose is a great father always on time to pick us up from school and dropping us off.  My family and I appreciate very thing he did to help me and are very thankful for that! He's a genuine person always so happy and smiling and very easy to get along with. Thank you for your time.

Sincerely, Virginia Garcia. If you have any questions please feel free to call me 7████████ or email me to ████████████████  Sent from my iPhone