Yvonne Larios
9940 Bellder Dr.
Downey, CA
(562)455-9744
90240

September 29, 2023

Dear Honorable Judge,

My name is Yvonne Larios, and I am one of Jose's younger sisters. Jose, also known as Junior (which is what I will be calling him throughout the letter), is my half-brother: we share a dad, but have different moms. Junior is a remarkable individual, who, despite being 17 years older than me, has been a constant presence in my life, as well as in the lives of my two younger siblings. Although we are half-siblings by technical definition, the bond we share transcends such distinctions. It is not a matter of halves or less than; rather, it is a testament to the unconditional love and support he has always provided.

Junior has been a source of guidance and inspiration for me since I can remember. As a child and, especially, as a teenager, he consistently offered valuable advice and encouragement. He strongly believed in my potential, and consistently motivated me to excel academically. His encouragement was not just about grades but about realizing my dreams and aspirations. He instilled in me the importance of education, pushing me to strive for excellence so that I could attend a reputable school and, one day, achieve my dream of becoming a teacher.

Junior has been there for me through all the significant milestones in my life. He cheered me on at my high school graduation, provided unwavering support when I received my bachelor's degree during the challenging times of COVID, and celebrated with pride when I fulfilled my dream of becoming an educator.

Not only was Junior great at motivating me and pushing me to do my best academically, but he also knew how to have fun with all of us. Our dad isn't really the type who plans trips or outings, but that's where Junior comes in. He's always been the one pushing us to go on adventures and make memories. Thanks to him, I got to do so many 'firsts' - from exploring Palm Springs to going on those crazy Razor car rides through the jungles of Puerto Vallarta during our summer vacations. We even had epic trips to places like Las Vegas, and I'll never forget the pure magic of visiting Disneyland during the holidays with his family, my siblings, and parents.

Junior's zest for life and his determination to make our family moments special have shaped my life in such a big way. His love, laughter, and constant support have made him not just a big

brother but a rock-solid part of our lives. I will always admire him for never treating me any differently and for always regarding me as a sister, and not just half-sister. I'm genuinely grateful for having him as my big brother, and I cherish the bond we share.

In conclusion, Your Honor, I would like to express my sincere gratitude for taking the time to read this letter and consider my perspective on Junior. I hope that through these words, you've had the chance to get to know him a little better. Thank you for your attention to this matter.

Sincerely,
Yvonne Larios