## Transcript for JOSE LARIOS | CollaborNation®

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Apr 12, 2023 | Apr 12, 2023 | 0.05 | 0.50 | Passed | 0 | - | Apr 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Apr 17, 2023 | Apr 21, 2023 | 0.05 | 0.50 | Passed | 100 | - | Apr 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Apr 22, 2023 | Apr 23, 2023 | 0.2 | 2.00 | Passed | 90 | - | Apr 23, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Building Relationships Through Feedback | E-Learning Course | Apr 21, 2023 | Apr 21, 2023 | 0.08 | 0.75 | Passed | 100 | - | Apr 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Colleagues and Subordinates | E-Learning Course | Apr 21, 2023 | Apr 21, 2023 | 0.05 | 0.50 | Passed | 80 | - | Apr 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Communication Styles and Methods | E-Learning Course | Apr 21, 2023 | Apr 22, 2023 | 0.08 | 0.75 | Passed | 86 | - | Apr 22, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| American Heart Association Emergency First Aid (Corrections) | E-Learning Course | Apr 23, 2023 | Apr 24, 2023 | 0.1 | 1.00 | Complete | 0 | - | Apr 24, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Americans With Disabilities Act and Transition Plans | E-Learning Course | Apr 24, 2023 | May 5, 2023 | - | 1.00 | Passed | 0 | - | May 1, 2023 | - | - |
| Anger Management | E-Learning Course | May 5, 2023 | May 7, 2023 | 0.1 | 1.00 | Passed | 100 | - | May 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | May 4, 2023 | May 4, 2023 | 0.08 | 0.75 | Passed | 0 | - | May 4, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | May 5, 2023 | May 7, 2023 | 0.08 | 0.75 | Passed | 0 | - | May 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Bed Bug Protection Tips | E-Learning Course | May 5, 2023 | May 7, 2023 | 0.05 | 0.50 | Passed | 88 | - | May 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Blended Learning | E-Learning Course | - | - | - | 1.00 | Not Attempted | - | - | No | - | - |
| CERT | Learning Path | - | - | - | - | Completed | - | - | May 11, 2023 | - | - |
| CERT Basic Training: Earthquakes | E-Learning | May 5, 2023 | May 5, 2023 | 0.02 | 0.17 | Complete | 0 | - | May 5, | CypherWorx, | 3349 Monroe Avenue, |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Course | | | | | | | | 2023 | Inc. | Suite 119, Rochester, NY |
| CERT Firefighter Rehab Operations | E-Learning Course | May 9, 2023 | May 11, 2023 | 0.1 | 1.00 | Passed | 100 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 3 and 4: Disaster Medical Operations | E-Learning Course | May 1, 2023 | May 11, 2023 | 0.15 | 1.50 | Passed | 94 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Child Abuse Prevention and Awareness for Supervisors and Managers (Corrections) | E-Learning Course | May 7, 2023 | May 8, 2023 | 0.15 | 1.50 | Passed | 90 | 80 | May 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Choosing the Best Solution | E-Learning Course | May 9, 2023 | May 9, 2023 | 0.15 | 1.50 | Passed | 100 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Cognitive Awareness | E-Learning Course | May 4, 2023 | May 7, 2023 | 0.1 | 1.00 | Passed | 0 | - | May 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creating and Implementing an Effective Strategic Plan for Your Organization | E-Learning Course | May 14, 2023 | May 14, 2023 | - | 1.00 | Passed | 0 | - | May 14, 2023 | - | - |
| Creativity | E-Learning Course | May 7, 2023 | May 8, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Cross-Cultural Business Communication and Diversity | Learning Path | - | - | - | - | Not Started | - | - | No | - | - |
| Domestic Abuse | E-Learning Course | May 7, 2023 | May 9, 2023 | 0.2 | 2.00 | Passed | 91 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Draft Presentation: Storyboard of Results | E-Learning Course | - | - | - | 1.00 | Not Attempted | - | - | No | - | - |
| Effective Health and Safety Committees | E-Learning Course | May 5, 2023 | - | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Effective Health and Safety Committees | E-Learning Course | May 6, 2023 | May 7, 2023 | 0.1 | 1.00 | Passed | 100 | - | May 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Firefighter Life Safety Initiatives: How Can We Make it Better? | E-Learning Course | May 11, 2023 | May 11, 2023 | 0.13 | 1.25 | Passed | 100 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Food Service Worker: Annual Food Safety Training | E-Learning Course | May 11, 2023 | May 11, 2023 | 0.03 | 0.34 | Complete | 0 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Getting Your Board Involved in Your | E-Learning | - | - | - | 1.00 | Not | - | - | No | - | - |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Development Efforts | Course | | | | | Attempted | | | | | |
| Hazardous Materials (Corrections) | E-Learning Course | May 7, 2023 | - | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Indoor Air Quality | E-Learning Course | May 11, 2023 | May 11, 2023 | 0.1 | 1.00 | Passed | 90 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction and Understanding of OSHA | E-Learning Course | May 4, 2023 | May 7, 2023 | 0.04 | 0.42 | Complete | 0 | - | May 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Learning Tips: How to Enjoy Learning | E-Learning Course | May 11, 2023 | May 13, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 13, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Lockout-Tagout: Control of Hazardous Energy | E-Learning Course | May 7, 2023 | May 9, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Making Your Home A Safer Place | E-Learning Course | May 9, 2023 | May 9, 2023 | 0.08 | 0.75 | Passed | 100 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Stress | E-Learning Course | May 8, 2023 | May 9, 2023 | 0.1 | 1.00 | Passed | 0 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Manejo del Paciente Segur (Spanish) Safe Patient Handling | E-Learning Course | May 8, 2023 | May 9, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Medication Safety Basics | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Medication Safety Basics | E-Learning Course | May 11, 2023 | May 11, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Mold Safety Awareness | E-Learning Course | May 11, 2023 | May 11, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Money Basics | E-Learning Course | May 7, 2023 | May 9, 2023 | 0.2 | 2.00 | Passed | 100 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Corrections | E-Learning Course | May 8, 2023 | May 9, 2023 | 0.1 | 1.00 | Passed | 0 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Responsibility | E-Learning Course | May 8, 2023 | May 9, 2023 | 0.1 | 1.00 | Passed | 100 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Safety and Health | E-Learning Course | May 11, 2023 | May 11, 2023 | 0.05 | 0.50 | Passed | 80 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Overview of Enforcement for Occupational Exposure to Tuberculosis (TB) | E-Learning Course | May 11, 2023 | May 11, 2023 | 0.02 | 0.17 | Complete | 0 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Peligros De Excavaciones Y Zanjas (Spanish) Excavation and Trenching Awareness | E-Learning Course | May 8, 2023 | May 9, 2023 | 0.13 | 1.25 | Passed | 90 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Reducing Foodborne Illness Risk Factors in Food Service and Retail Establishments | E-Learning Course | May 9, 2023 | May 9, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Seven Secrets to Public Speaking | E-Learning Course | May 7, 2023 | May 8, 2023 | - | 1.00 | Passed | 0 | - | May 8, 2023 | - | - |
| The Safe Food Handler | E-Learning Course | May 10, 2023 | May 11, 2023 | 0.03 | 0.25 | Passed | 100 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Welcome to the CypherWorx LCMS - ViaPath | E-Learning Course | May 8, 2023 | May 8, 2023 | - | 0.25 | Complete | 0 | - | May 8, 2023 | - | - |
| Wellness Programs (Corrections) | E-Learning Course | May 8, 2023 | May 9, 2023 | 0.03 | 0.25 | Complete | 0 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| What's Bugging You? Communicable Diseases | E-Learning Course | May 10, 2023 | May 10, 2023 | 0.02 | 0.17 | Complete | 0 | - | May 10, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

# Transcript for JOSE LARIOS | CollaborNation®

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Apr 12, 2023 | Apr 12, 2023 | 0.05 | 0.50 | Passed | 0 | - | Apr 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Apr 17, 2023 | Apr 21, 2023 | 0.05 | 0.50 | Passed | 100 | - | Apr 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Apr 22, 2023 | Apr 23, 2023 | 0.2 | 2.00 | Passed | 90 | - | Apr 23, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Building Relationships Through Feedback | E-Learning Course | Apr 21, 2023 | Apr 21, 2023 | 0.08 | 0.75 | Passed | 100 | - | Apr 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Colleagues and Subordinates | E-Learning Course | Apr 21, 2023 | Apr 21, 2023 | 0.05 | 0.50 | Passed | 80 | - | Apr 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Communication Styles and Methods | E-Learning Course | Apr 21, 2023 | Apr 22, 2023 | 0.08 | 0.75 | Passed | 86 | - | Apr 22, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| American Heart Association Emergency First Aid (Corrections) | E-Learning Course | Apr 23, 2023 | Apr 24, 2023 | 0.1 | 1.00 | Complete | 0 | - | Apr 24, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Americans With Disabilities Act and Transition Plans | E-Learning Course | Apr 24, 2023 | May 5, 2023 | - | 1.00 | Passed | 0 | - | May 1, 2023 | - | - |
| Anger Management | E-Learning Course | May 5, 2023 | May 7, 2023 | 0.1 | 1.00 | Passed | 100 | - | May 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | May 4, 2023 | May 4, 2023 | 0.08 | 0.75 | Passed | 0 | - | May 4, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | May 5, 2023 | May 7, 2023 | 0.08 | 0.75 | Passed | 0 | - | May 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Bed Bug Protection Tips | E-Learning Course | May 5, 2023 | May 7, 2023 | 0.05 | 0.50 | Passed | 88 | - | May 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Blended Learning | E-Learning Course | - | - | - | 1.00 | Not Attempted | | - | No | | - |
| CERT | Learning Path | - | - | - | - | Completed | | - | May 11, 2023 | - | - |
| CERT Basic Training: Earthquakes | E-Learning | May 5, 2023 | May 5, 2023 | 0.02 | 0.17 | Complete | 0 | - | May 5, | CypherWorx, | 3349 Monroe Avenue, |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Development Efforts | Course | | | | | Attempted | | | | | |
| Hazardous Materials (Corrections) | E-Learning Course | May 7, 2023 | - | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Indoor Air Quality | E-Learning Course | May 11, 2023 | May 11, 2023 | 0.1 | 1.00 | Passed | 90 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction and Understanding of OSHA | E-Learning Course | May 4, 2023 | May 7, 2023 | 0.04 | 0.42 | Complete | 0 | - | May 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Learning Tips: How to Enjoy Learning | E-Learning Course | May 11, 2023 | May 13, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 13, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Lockout-Tagout: Control of Hazardous Energy | E-Learning Course | May 7, 2023 | May 9, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Making Your Home A Safer Place | E-Learning Course | May 9, 2023 | May 9, 2023 | 0.08 | 0.75 | Passed | 100 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Stress | E-Learning Course | May 8, 2023 | May 9, 2023 | 0.1 | 1.00 | Passed | 0 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Manejo del Paciente Segur (Spanish) Safe Patient Handling | E-Learning Course | May 8, 2023 | May 9, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Medication Safety Basics | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | | | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Medication Safety Basics | E-Learning Course | May 11, 2023 | May 11, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Mold Safety Awareness | E-Learning Course | May 11, 2023 | May 11, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Money Basics | E-Learning Course | May 7, 2023 | May 9, 2023 | 0.2 | 2.00 | Passed | 100 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Corrections | E-Learning Course | May 8, 2023 | May 9, 2023 | 0.1 | 1.00 | Passed | 0 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Responsibility | E-Learning Course | May 8, 2023 | May 9, 2023 | 0.1 | 1.00 | Passed | 100 | - | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

# Certificate of Completion

This certificate is awarded to

## *JOSE  LARIOS*

on

*7/14/2022*

In recognition of successfully completing the program

### *LEARNING ACTIVITY PACKET: "ECONOMICS II"*

Wyatt Detention Facility, Programs

M. O'Gorman, Education

# Certificate of Completion

This certificate is awarded to

## JOSE  LARIOS

on

*7/14/2022*

In recognition of successfully completing the program

### LEARNING ACTIVITY PACKET: "ECONOMICS I"

Wyatt Detention Facility, Programs

M. O'Gorman, Education

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JOSE LARIOS

HAS SUCCESSFULLY COMPLETED THE

 ***Living with Others*** 

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major



March 2022

# CERTIFICATE *of* COMPLETION

PRESENTED TO

# JOSE LARIOS

HAS SUCCESSFULLY COMPLETED THE

## *Adjustment to Incarceration*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major



December 2021

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JOSE LARIOS

HAS SUCCESSFULLY COMPLETED THE

### *Rational Thinking*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major



February 2022

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JOSE LARIOS

HAS SUCCESSFULLY COMPLETED THE

### *Criminal Lifestyles*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major



February 2022

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Assertive Skills

Granted July 20, 2022

_Betsy E. Riccio, LMHC, MH Clinician_

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Relaxation Skills

Granted July 20, 2022

Betsy E. Riccio, LMHC, MH Clinician

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## What's Right for Me

Granted July 20, 2022

*Betsy E. Riccio, LMHC, MH Clinician*

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# JOSE LARIOS

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## CO-DEPENDENCY COPING SKILLS

Granted. 06.26.2022

*NICOLE E. RODRIGUES. MH COORDINATOR*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# JOSE LARIOS

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

### SUBSTANCE ABUSE

Granted 06.26.2022

_____

*NICOLE E. RODRIGUES, MH COORDINATOR*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Anger Management for Substance

Granted June 20, 2022

*Betsy E. Riccio, LMHC, MH Clinician*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# JOSE LARIOS

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## ANGER MANAGEMENT

Granted. 06.26.2022

*NICOLE E. RODRIGUES. MH COORDINATOR*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Manage Stress

Granted June 20, 2022

*Betsy E. Riccio, LMHC, MH Clinician*

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# Jose Larios

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Anxiety & Depression Reduction Workbook I

Granted June 20, 2022

_Betsy E. Riccio, LMHC, MH Clinician_

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# Jose Larios

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Anxiety & Depression Reduction Workbook II

Granted June 20, 2022

*Betsy E. Riccio, LMHC, MH Clinician*



# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Anxiety Moodjuice Self-Help

Granted April 15, 2022

_Betsy E. Riccio, LMHC, MH Clinician_

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# JOSE LARIOS

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

### STRESS RELATED COPING TECHNIQUES

Granted. 07.07.2022

NICOLE E. RODRIGUES. MH COORDINATOR

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# Jose Larios

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Panic Coping Skills

Granted August 22, 2022

*Betsy E. Riccio, LMHC, MH Clinician*

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# Jose Larios

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Cognitive Problem Solving

Granted August 22, 2022



*Betsy E. Riccio, LMHC, MH Clinician*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Coping Skills

Granted August 22, 2022



_Betsy E. Riccio, LMHC, MH Clinician_

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Social Anxiety

Granted August 22, 2022



_Betsy E. Riccio, LMHC, MH Clinician_

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Obsession Coping Skills

Granted August 22, 2022

*Betsy E. Riccio, LMHC, MH Clinician*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLET[...] SATISFACTION

## Cognitive Processing Therapy

Granted August 16, 2022

_Betsy E. Riccio, LMHC, MH Clinician_

B

Larios

# Certificate of Completion

This certificate is awarded to

## *JOSE  LARIOS*

on

*7/14/2022*

In recognition of successfully completing the program

## *LEARNING ACTIVITY PACKET: "ECONOMICS I"*

Wyatt Detention Facility, Programs

M. O'Gorman, Education

# Certificate of Completion

This certificate is awarded to

## JOSE  LARIOS

on

*11/8/2022*

In recognition of successfully completing the program

### BOOK CLUB : "THE YELLOW HOUSE"

Wyatt Detention Facility, Programs

M. O'Gorman, Education

# Certificate of Completion

This certificate is awarded to

### JOSE  LARIOS

on

*11/8/2022*

In recognition of successfully completing the program

### BOOK CLUB : "MENTOR - THE STUDENT AND THE CEO"

Wyatt Detention Facility, Programs

M. O'Gorman, Education

# Certificate of Completion

This certificate is awarded to

## JOSE  LARIOS

on
*11/8/2022*
In recognition of successfully completing the program

### BOOK CLUB : "MUMBO JUMBO"

Wyatt Detention Facility, Programs

M. O'Gorman, Education

# Certificate of Completion

This certificate is awarded to

## JOSE  LARIOS

on

*11/8/2022*

In recognition of successfully completing the program

## BOOK CLUB : "PERFECT STORM"

Wyatt Detention Facility, Programs

M. O'Gorman, Education

© 2019 Great Papers

# Certificate of Completion

This certificate is awarded to

## JOSE  LARIOS

on

*11/8/2022*

In recognition of successfully completing the program

## BOOK CLUB : "GIRL WITH THE DRAGON TATTOO"

Wyatt Detention Facility, Programs

M. O'Gorman, Education

# Certificate of Completion

This certificate is awarded to

## JOSE LARIOS

on

*7/14/2022*

In recognition of successfully completing the program

### LEARNING ACTIVITY PACKET: "ECONOMICS II"

Wyatt Detention Facility, Programs

M. O'Gorman, Education

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JOSE LARIOS

HAS SUCCESSFULLY COMPLETED THE

 *Living with Others* 

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major



March 2022

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JOSE LARIOS

HAS SUCCESSFULLY COMPLETED THE

### *Adjustment to Incarceration*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major



December 2021

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JOSE LARIOS

HAS SUCCESSFULLY COMPLETED THE

### *Rational Thinking*

At The Donald W. Wyatt Detention Facility

*KRISTEN DAMASO*
Major



February 2022

# CERTIFICATE *of* COMPLETION

### PRESENTED TO

## JOSE LARIOS

HAS SUCCESSFULLY COMPLETED THE

## *Criminal Lifestyles*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major



February 2022

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Assertive Skills

Granted July 20, 2022

*Betsy E. Riccio, LMHC, MH Clinician*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Relaxation Skills

Granted July 20, 2022

*Betsy E. Riccio, LMHC, MH Clinician*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## What's Right for Me

Granted July 20, 2022

*Betsy E. Riccio, LMHC, MH Clinician*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# JOSE LARIOS

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## CO-DEPENDENCY COPING SKILLS

Granted. 06.26.2022

NICOLE E. RODRIGUES. MH COORDINATOR

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# JOSE LARIOS

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## SUBSTANCE ABUSE

Granted 06.26.2022

*NICOLE E. RODRIGUES. MH COORDINATOR*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Anger Management for Substance

Granted June 20, 2022

*Betsy E. Riccio, LMHC, MH Clinician*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# JOSE LARIOS

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## ANGER MANAGEMENT

Granted: 06.26.2022

_NICOLE E. RODRIGUES, MH COORDINATOR_

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Manage Stress

Granted June 20, 2022

_Betsy E. Riccio, LMHC, MH Clinician_

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Anxiety & Depression Reduction Workbook I

Granted June 20, 2022

_Betsy E. Riccio, LMHC, MH Clinician_

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Anxiety & Depression Reduction Workbook II

Granted June 20, 2022

*Betsy E. Riccio, LMHC, MH Clinician*



# DONALD W. WYATT DETENTION FACILITY
# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# Jose Larios

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Anxiety Moodjuice Self-Help

Granted April 15, 2022

*Betsy E. Riccio, LMHC, MH Clinician*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# JOSE LARIOS

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## STRESS RELATED COPING TECHNIQUES

Granted. 07.07.2022

_NICOLE E. RODRIGUES, MH COORDINATOR_

# Certificate of Completion

This certificate is awarded to

## *JOSE  LARIOS*

on

*11/8/2022*

In recognition of successfully completing the program

### *BOOK CLUB : "THE YELLOW HOUSE"*



Wyatt Detention Facility, Programs

M. O'Gorman, Education

# Certificate of Completion

This certificate is awarded to

## *JOSE LARIOS*

on

*11/8/2022*

In recognition of successfully completing the program

### *BOOK CLUB : "PERFECT STORM"*



Wyatt Detention Facility, Programs

M. O'Gorman, Education



# Certificate of Completion

This certificate is awarded to

## *JOSE  LARIOS*

on

*11/8/2022*

In recognition of successfully completing the program

### *BOOK CLUB : "GIRL WITH THE DRAGON TATTOO"*

Wyatt Detention Facility, Programs

M. O'Gorman, Education

# Certificate of Completion

This certificate is awarded to

## *JOSE  LARIOS*

on

*11/8/2022*

In recognition of successfully completing the program

### *BOOK CLUB : "MENTOR - THE STUDENT AND THE CEO"*



Wyatt Detention Facility, Programs

M. O'Gorman, Education

# Certificate of Completion

This certificate is awarded to

## JOSE  LARIOS

on

*11/8/2022*

In recognition of successfully completing the program

### BOOK CLUB : "MUMBO JUMBO"



Wyatt Detention Facility, Programs

M. O'Gorman, Education

# CERTIFICATE *of* COMPLETION

PRESENTED TO

# JOSE LARIOS

HAS SUCCESSFULLY COMPLETED THE

 *Living with Others* 

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major



March 2022

# CERTIFICATE *of* COMPLETION

## PRESENTED TO

# JOSE LARIOS

### HAS SUCCESSFULLY COMPLETED THE

## *Criminal Lifestyles*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major

February 2022



# CERTIFICATE *of* COMPLETION

### PRESENTED TO

# JOSE LARIOS

HAS SUCCESSFULLY COMPLETED THE

## *Rational Thinking*

At The Donald W. Wyatt Detention Facility



KRISTEN DAMASO
Major

February 2022

© 2019 Great Papers

# CERTIFICATE *of* COMPLETION

<u>PRESENTED TO</u>

# JOSE LARIOS

HAS SUCCESSFULLY COMPLETED THE

## *Adjustment to Incarceration*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major



December 2021