# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

October 13th, 2023

Makism Nemtsev
20 Park Plaza, Suite 1000
Boston, MA 02116


Re:     Larios, Jose
        D.O.B   09/08/1980
        SID #45938-509


To Whom It May Concern,

Please be advised that Larios, Jose was booked at the Donald W. Wyatt Detention Facility on August 11th, 2021. He is being held for a drug charges by the United States Marshal Service.

While being held at this facility, Mr. Larios had one disciplinary incident in April 2022.

Mr. Larios has successfully completed the following programs: Living with Others, Rational Thinking, Adjustment to Incarceration, and Criminal Lifestyles. He participated in multiple book clubs and e-learning courses via CyperWorx.

He maintains a positive attitude and is respectful towards both staff and his peers.

As of September 2022, Mr. Larios participates successfully in the worker program. Since being hired, Mr. Larios has demonstrated a strong work ethic. He always shows initiative and has received excellent work evaluations.

If you should have any questions feel free to contact my office at (401)721-1190.

Sincerely,

_____
Maren Fieguth
Counselor

_____
Luis Jiménez
Program Director