

**Maksim Nemtsev <menemtsev@gmail.com>**

## Jose Larios

**Herbert, James (USAMA)** <James.Herbert@usdoj.gov>   Mon, Oct 23, 2023 at 5:05 PM
To: "Foley, Leah (USAMA)" <Leah.Foley@usdoj.gov>, Maksim Nemtsev <menemtsev@gmail.com>

Leah and Max,

This is to confirm that Jose Larios has completed all parts of the court's restorative justice program available to him so far.  His participation in the program was voluntary, but the first two parts are required for all participants.  Those are the introductory session and the two-day workshop with other participants, surrogate victims, and outside community members.  Mr. Larios also volunteered to participate in the optional six-week restorative justice reading group and to do one or more restorative conferences with people harmed by his actions.  We are still waiting for clearance from Wyatt to do his restorative conferences via Zoom, so he has not done those yet, but he has participated in several prep sessions for those.  I will let you know when those have been completed.

If you have any questions, please let me know.

Jamie

James D. Herbert (he/him) (What's this?)

Assistant U.S. Attorney

District of Massachusetts

617-748-3202