10/2/2023

Dear Judge Indira Talwani,

This letter is in regards to the "Restorative Justice" pilot program here at Wyatt Detention facility, spearheaded by Judge Leo T. Sorokin. I have been a member of this program for almost a year. Currently, I am participating in phase 3 of the program – and it is unclear if there are any more phases that will be offered.

In an attempt to show support for this program and more funding for such, I am writing this letter with hopes that you may gain some insight as to the powerful impact "Restorative Justice" (RJ) has had upon me.

First, I am very thankful for this program and all those who participated in it. I was able to meet some great people that I never would have imagined befriending. These included facilitators from the offices of the US Attorney, US probation, Federal Defenders, and also Victim's Advocate group. Together, we were able to forge friendships founded in deep respect for one another, as well as trust and vulnerability. We were able to prove that there are healthier alternatives to the current system that work - and this is in the form of "restorative justice".

One of the huge accomplishments was that we were able to overcome previous stereotypes that we have each held onto for so long: "us versus them"; "cops versus robbers", "bad versus good", etc. Together, we were able to realize that we are all people part of the same community and that we could help each other reach a better outcome. That we could reach a justice through healing and understanding the harms of our actions. There is a saying that the restorative justice referred to numerous times that I believe whole heartedly, and that is that: "hurt people hurt people; healed people heal people". Therefore, it has become my goal to heal so that I may stop hurting others, and, in turn, help others heal, also.

Another huge accomplishment was all the valuable insight gained through "circle of trust" discussions. It is here that we each opened up, with vulnerability, our fears, angers, frustrations, issues, and even hopes, dreams and desires. We listened to one another without being defensive or looking for excuses. And in doing so, we learned to trust the healing process. Additionally, we learned how to acknowledge each other's problems and pains – and consider honest approaches to remedying these issues. I learned that there are so many healthier avenues to relieve myself of the feelings associated with shame, guilt, pain, anger, uncertainty and ruminating. That there are much more positive ways to find resolutions to our problems and circumstances, and I no longer have to resort to self-sabotaging behavior.

The exercises, reading assignments, and "the circle of trust" discussion groups challenged each of us to dig deep and contribute. The "safe space" allowed us to share our ideas and thoughts without judgment or penalty. We laughed and cried together, gave each other praise and encouragement – and in doing so saw the true humanity that existed within each of us. There is no "us versus them", there is only us as a community. A community that wishes to see everyone together, coexisting and thriving.

There are many people in custody who want to change, but do not know how. There aren't programs offered here that do this type of work. There aren't people here who even care. That was what made Restorative Justice special: the fact that people actually cared and took their time to make a change. The real friendships and relationships that were formed with people who never would have expected to under normal circumstances. We have lost that ability to form these types of connections with healthy and positive people – and that is so crucial in our goals of moving forward to create more positive lifestyles. These healthy relationships with positive people serve as a catalyst to give us a legitimate "blueprint" of the type of people we want to be more like. We also have gained access people who are willing to give us good advice, coach us through tough situations, and whom are unafraid to give us honest and constructive feedback.

As you can see, many aspects of this program have been empowering and therapeutic. Not just for those of us in custody, but those involved with the criminal process and victims as well. The progress made together has caught the attention of many others who want this same empowerment and growth. Practically everyone who hears about this program has expressed some desire to want to be a part of it, and learn the same things that we are learning. As a result, a movement has been sparked. This movement has come in the form of a men's group created here at Wyatt Facility called B.O.S.S. (Building on Self-Substance), which was created by several of those who participated in the Restorative Justice program. Hungry for more, this group allows us to continue passing the lessons learned from the original RJ group, while also providing us with the means to continue meeting together and furthering our growth. I am proud to say that I am part of this group. This is my way to show my willingness to continue the growth and change that has been sparked inside of me. That the RJ program has been successful in inspiring change. I am committed.

I hope that this letter has met its goal in giving some insight as to the success and importance of the Restorative Justice program. It is with great hopes that more programs like this may be considered and provided to whose of us who hunger for it. Also, more programs, help, and guidance for those of us who wish to continue pursuing the change already started by these efforts. Throughout history, huge movements have been ignited by great concepts that are coupled with the passion of the people who believe in them. Restorative justice is a great concept, and there are many of us here who believe. We hope this belief may be further extended on to others on both sides of the wall by the sharing of our experiences and expressed desire for more programs and direction.

Thank you so much for your time in reading this letter.


Very Truly Yours,



Jose Larios