Leo G Mogavero
7 Cedar Pond Dr
Warwick, RI 02886
(401) 480-5994 (C)
(401) 434-8900(W)

October 2, 2023

Honorable Judge Talwani,

RE: Jose Larios (#45938509)

Dear Judge Talwani,

My name is Leo G Mogavero and I am the Chaplain of the Wyatt Detention Facility in Central falls, RI. I am also an educator of Bible Study and Religious Studies.

I was born, bred and educated in Boston, Ma. and have a BA in English/Philosophy and a Master's Degree in Theology.  I am a 3rd order Franciscan with over 25 years of experience in Hospitals, Nursing Homes, Care and Prison Ministries.

Over the years, I have been asked to write many letters of recommendations for the incarcerated.  Several of these I have asked the Courts for a reduction in sentencing, some to be placed in psychiatric holdings/hospitals, and some on a probationary tenure.

I am asking you, Judge Talwani, to please consider a reduction in the sentencing of Jose Larios. Jose has been a student of mine in Bible Study and Religious Studies. He has never missed a class or a one on one session with me regarding his past ways and his positive desire for the future.

Jose speaks with his family on a regular basis.   His family is his life.  He is always in Prayer, and Prays the Rosary daily with several others, reads the Bible and other Religious books, reviews spiritual movies, and/or on his knees in personal Prayer.  I observe his assisting other inmates who have issues and problems.  He is the first to share his personals with others.  Above all, he is truly sorry for his past.  As time progressed, Jose's knowledge and understanding of his past wrongs surfaced and he is most remorseful.  Jose now better understands mans' laws, rules, regulations to run a parallel with God's Commandments.

We have discussed his wrongs and issues in and of life's existence and the need to respect all.  His love and respect for God, his family, and all that life has presented to us has given me strong reason to write you pleading and requesting for a sentence reduction.

    In my heart and mind, I give to you my strongest positive recommendation for Jose Larios.

Thank you.        Chaplain Leo G. Mogavero