Oct 2023

Dear Judge Talwani,

      My brother-in-law, Jose Larios Jr., is honestly the best father that I know – next to my own. I first became familiar with Jose through my wife immediately after we met in Nov 2016. Since the beginning of my relationship with Jose's sister, my wife shared with me details about her childhood upbringing and multiple adverse life experiences that she and her brother endured. One thing that I clearly recall from the sharing of my wife is that Jose was more of a father to her, as she was 6 years old when their parents divorced, and Jose was 14 years old. Over the years, my wife shared with me many stories about her brother, including that Jose gained employment during his adolescence, so he could financially help his mother and sister. Jose was the person who bought his sister her first bike. He was also the person his sister would contact when she was scared at home alone while their mother was busy working.

      Jose was a young father, having his first son (currently 18 y/o) at age 18, his second son (currently 14 y/o) at age 25, and his long-desired daughter (currently 2 y/o) just three years ago at age 40. Since he became a father at an early age, Jose's identity is largely that of a father, so his priority has always been his children. Jose made certain that his children were supervised, kept safe and engaged in their academic studies and sports. Up until he was detained in May 2021 (two months before his daughter was born in July 2021), Jose had continued to drop off and pick up his sons from school and sporting events, and was the one responsible for summer activities. I have always admired that Jose made himself available and was present for his sons, since that was not something he was consistently offered as an adolescent growing up.

      I was able to meet Jose not soon after dating his sister in 2017, as he called his sister to ask for a ride home for him and a friend because he did not want either of them to drink and drive. I admired the fact that Jose was the type of man that had the courage to ask for help. After just one year of getting to know Jose, it became evident to me that he prides himself as being the person that others can count on. I witnessed Jose take on a lot of responsibilities as a man, including being a business owner, a husband, a father, a son, and a friend to many. I had the privilege of getting to know Jose up until mid-2018, as my wife and I became aware of Jose experiencing financial difficulties, as well as difficulties involving issues of grief and loss. At this time, Jose grew distant from his mother and sister, so I sadly did not get to spend consistent quality time with him since then. I occasionally engaged with Jose from 2019-2021, though the emotional or physical distance continued to grow throughout the pandemic.

      I recall that my wife once told me that Jose is one of only three people she genuinely cares deeply about in life. Although I have only known Jose since end of 2017, I have quickly grown to care about him, understand him, and love him as my brother-in-law. From all the stories I have heard from my wife, alongside my own direct experiences with Jose, I have witnessed him offer the greatest gift one can offer to another human – Be a reliable source of emotional support, particularly for his children. I appreciate his capacity to give to others what he, himself, was not offered.

      I am Jose's sister-in-law, and also a practicing Licensed Clinical Social Worker with Los Angeles County Department of Health Services, so I understand others' behaviors using a trauma informed lens

of "What happened to you?" vs. "What is wrong with you?" I have had the privilege of knowing personal information about Jose's childhood upbringing, which has included difficulty coping with childhood illness, growing up in a dangerous urban Los Angeles neighborhood, experiences of complicated grief and loss, adverse experiences coping with divorce during a time of his life that he needed his father the most, as well as serious incidents of school bullying. From what I understand of Jose's background, I strongly believe that Jose was retraumatized during his late-30's, felt overwhelmed and grew increasingly vulnerable and isolated himself beginning in mid-2018. I believe that other people also noticed this shift in him, and Jose became targeted and taken advantage of by others. Your honor, with all that I have shared with you about my brother-in-law, Jose Larios Jr., I hope that you can see Jose with a similar trauma-informed lens. I hope you can perceive Jose as a human being who made a mistake and is worthy of a fair sentence, in which he will be able to be available and present again for the growth and development of his three children.

Kindly,

Julianne Lucia