UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSE LARIOS )<br>    Defendant )<br>) | No. 21-cr-10118-IT |

**EXHIBIT 21 TO SENTENCING MEMORANDUM ON BEHALF OF JOSE LARIOS**

    The defense hereby respectfully submits Exhibit 21 to Mr. Larios' Sentencing Memorandum, which did not attach to the earlier Sentencing Memorandum.

Respectfully Submitted,
Jose Larios,
By his attorney,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

Dated: October 25, 2023

1

## **CERTIFICATE OF SERVICE**

    I, Maksim Nemtsev, hereby certify that on this date, October 25, 2023, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

                                **/s/ Maksim Nemtsev**
                                Maksim Nemtsev, Esq.

**Judge Indira Talwani**

I am aware that the crimes I committed cannot be undone. I acknowledge that my involvement with drugs have hurt people and the community on many different levels. I understand that I have also hurt my family. During my time of incarceration, I have had ample opportunity to reflect on my life and reevaluate my perspectives and beliefs. I am grateful for the time and attention you are giving me to express my remorse. I was brought up by a law-abiding family that taught me strong moral principles. I find fulfillment in hard work. I understand that shortcuts often lead to regret. With that being said, I am filled with regret regarding my current offense. While addiction, trauma, lack of education, or other factors may have contributed to my current situation, I choose not to use them as excuses. The reality is that my actions stem from my opportunistic nature and misuse of my skills and abilities. Your Honor, I acknowledge that there is no justification for violating my core values for personal gain, especially at the expense of others.

For these reasons, I would like to extend a heartfelt apology to the courts, the community, the victims and the families who were impacted by my actions. While this may be a routine part of your job, I find myself in an unprecedented situation, not only due to the consequences I face, but also because this experience is so unlike my true character.

Since being in custody, I have taken advantage of various programs and met with a mental health specialist. The most meaningful experience for me was the Restorative Justice program. Restorative Justice, and the programs that were offered by the facility, have helped me unlock new skills to handle problems in the future and have also changed my perspective on life. I was able to gain perspective on how my actions involving drugs contributed to the epidemic going on in our communities. That it was wrong for me to take capitalist opportunity on those who can't control themselves. And that by doing so, I supported the criminal lifestyles of others, too. I realize now that I was dealing in poison, and that this poison is causing so much hurt and damage to so many. Again, I am very sorry for my inconsideration and disrespectful behavior. Participating in Restorative Justice has given me the opportunity to not only recognize these things, it has also given me direction on how to start making things right, too. These experiences have helped me to improve my communication skills, gain self-awareness, and led me to a more mature way of thinking. Also, I have devoted countless hours to seeking an understanding of my actions and avoiding excuses. Ultimately, I realize that I have strayed from what is truly important. This has

brought me a new perspective, gratitude for the lessons learned, and a determination to refocus on my foundational values of hard work, honesty, dignity, compassion and love into becoming a better version of me.

I have plans for myself upon my release.  Currently, my wife and children reside in the Los Angeles area.  My eldest son attends UC San Diego, which I am very proud of.  I also have a 14 year old who is a straight A student and following the path of his older brother.  I have a 2 year old daughter that I have never met due to my incarceration.  I look forward to rejoining them and being a present father in their lives.  I want to make sure they are raised with good principals and morals so that they do not follow the same path that I had taken.  I know there is a lot of making up to do, it has become obvious that they need me to be a productive part of the family.  I am committed to doing my part.  Additionally, I plan to return to school and continue my education in business management and finances.  I once owned a trucking company, but do not plan to go back to that.  Instead, my future goals include opening a restaurant.  These are the passions and dreams of mine that I wish to pursue, and I believe in myself that I will achieve them.  I am determined to make the right choices from here on out to give myself the best chance at them.

Your Honor, I believe that a person's life is defined by their thoughts and actions. I view this situation as an opportunity for a fresh start and new possibilities to show my growth, despite the challenges of having a criminal record.  I am determined to set a positive example for my loved ones by taking responsibility for my actions, facing the consequences, and growing from them. I also believe that everything happens for a reason, and I trust that this experience has a purpose in my life. I aim to maintain an optimistic outlook, grateful to God for providing me strength to do so. I look forward to moving forward, but I will never forget this chapter and the impact it has had on me.

I hope that these words have helped you to understand me better, Your Honor. These words are a sincere expression of regret for my actions and their consequences on the court, my family, and affected communities. I appreciate the opportunity to share a glimpse of who I am beyond my actions. I offer my heartfelt apologies.

Sincerely, **Jose Larios**