**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.: 1:21-cr-10118-IT-1 |
| | ) | |
| JOSE LARIOS | ) | |

## <u>NOTICE</u>

After review of this case pursuant to Gen. Order 23-5 (Concerning Appointment of Counsel And Motions For Retroactive Guideline Applications), the Federal Public Defender Office discerns no viable claim. Specifically, undersigned counsel reviewed Mr. Larios' case for eligibility under U.S.S.G. § 4C1.1 as amended by Part B of Amendment 821 to the United States Sentencing Guidelines. Although Mr. Larios had zero criminal history points, he does not otherwise meet the criteria set forth at U.S.S.G. § 4C1.1. Consequently, the Federal Public Defender Office will neither seek appointment to represent Mr. Larios nor assign CJA counsel to file a motion seeking to represent him in this matter.

Respectfully Submitted,

Dated: 4/1/24

*Sandra Gant*
Sandra Gant
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

  I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically and/or via USPS to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 1, 2024.

            *Sandra Gant*
            Sandra Gant